UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP West Coast Products LLC,<br><br>                            Plaintiff,<br><br>v.<br><br>Crossroad Petroleum, Inc. et al.,<br><br>                           Defendants. | Case No.:  12-cv-00665-JLS-JLB<br><br>**ORDER TO SHOW CAUSE** |

      This Court's February 22, 2016 Order (ECF Nos. 487) required all parties to appear in person at 9:00 a.m. for the Mandatory Settlement Conference held in this case on June 8, 2016.  Defendants Aly Shakankiry, Bahman Kianmahd, Denise M. Brown, and Younes Dobli Bennani (*see* ECF No. 296-3, ¶¶26, 30, 51 (5th Am. Cpl.)) arrived more than an hour late to the June 8, 2016 Mandatory Settlement Conference.  The Court therefore **ORDERS**:

      1.     By **July 7, 2016**, Defendants Aly Shakankiry, Bahman Kianmahd, Denise M. Brown, and Younes Dobli Bennani shall each show cause in writing through a declaration why the Court should not sanction for violating this Court's order by arriving more than an hour late to the June 8, 2016 Mandatory Settlement Conference.  CivLR 83.1; *see also Aloe Vera of Am., Inc. v. United States*, 376 F.3d 960, 964-65 (9th Cir. 2004) ("All federal courts are vested with inherent powers enabling them to manage their cases and courtrooms effectively and to ensure obedience to their orders . . . . As a

function of this power, courts can dismiss cases in their entirety, bar witnesses, award attorney's fees and assess fines."); or

  2. Alternatively, by **July 7, 2016**, Defendants Aly Shakankiry, Bahman Kianmahd, Denise M. Brown, and Younes Dobli Bennani may each pay a monetary sanction of $100.00, with any check made payable to the Miscellaneous Fines, Penalties and Forfeitures, Not Otherwise Classified, fund of the United States Treasury (*see* CivLR 83.1), and file a Notice of Payment verifying the monetary sanction was paid. For any of the aforementioned defendants who pays the monetary sanction of $100.00 by **July 7, 2016**, that defendant (and that defendant only) shall be excused from having to show cause in writing through a declaration (*see* ¶1 *supra*) without further court order.

  Failure to comply with this Order shall constitute grounds for additional sanctions. IT IS SO ORDERED.

Dated: June 14, 2016

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge